**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  CASE NO.: 6:18-bk-05950-CCJ
 CHAPTER 7
**RODOLFO TERRAZAS, SR,**

    **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on December 12, 2018, I electronically served a true and correct copy of Agreed Order Granting Motion For Relief From Stay, Document No. 24, with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing was served on this day by either United States Mail or electronic mail through the CM/ECF system to the parties listed below:

PENNINGTON LAW FIRM, P.A.
303 N. TEXAS AVE.
TAVARES, FL  32778

RODOLFO TERRAZAS, SR
7762 TEAL DRIVE
FORT WORTH, TX  76137

MARIE E. HENKEL
3560 SOUTH MAGNOLIA AVENUE
ORLANDO, FL  32806

UNITED STATES TRUSTEE - ORL7/13
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/ Christopher P. Salamone
    Christopher P. Salamone, Esquire
    Florida Bar Number 75951
    Email: csalamone@rasflaw.com