**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  CASE NO.: 18-bk-05950-CCJ
  CHAPTER 7

**Rodolfo Terrazas, Sr.,**

    **Debtor.**
_____/

**LIMITED OBJECTION TO MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN NON-HOMESTEAD REAL ESTATE IN LAKE COUNTY, FLORIDA**

    **COMES NOW**, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-FLX6 ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Objection to Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Lake County, Florida ("Motion") (Docket No. 28) and, in support thereof, states as follows:

1. Debtor, Rodolfo Terrazas, Sr. ("Debtor"), filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on September 27, 2018.

2. Secured Creditor holds a first lien on the subject property located at 163 Crepe Myrtle Drive, Groveland, FL 34736 (the "Property").

3. On October 9, 2019, Marie E. Henkel, Chapter 7 Trustee ("Trustee") filed a Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Lake County, Florida (Docket No. 28) and is seeking to sell the subject property, subject to all liens and encumbrances, for a sales price of $222,500.00.

4. Secured Creditor previously sought and obtained an Order Granting Relief from the Automatic Stay to proceed with its state court remedies against the subject property (Docket No. 24).

5. Secured Creditor objects to the sale and requests this Court allow it to proceed with its state court remedies as said sale will only cause more costs to be incurred by Secured Creditor as it proceeds with its state court remedies. Such costs outweigh the benefit to the bankruptcy estate.

6. Alternatively, Secured Creditor requests that any order granting such sale include language barring any third-party purchaser from standing in the shoes of the borrowers and asserting any affirmative defenses in any underlying foreclosure action.

7. Secured Creditor, pursuant to 11 U.S.C. 363(k), also reserves the right to credit bid on the Property.

8. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

9. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

10. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE**, Secured Creditor respectfully requests entry of an order denying the Trustee's Motion and for such other and further relief as the Court deems just and proper.

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/April Harriott
April Harriott, Esquire
Florida Bar No. 37547
Email: aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on November 1, 2019, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SAMUEL R. PENNINGTON
PENNINGTON LAW FIRM, P.A.
303 N. TEXAS AVE.
TAVARES, FL 32778

MARIE E. HENKEL
3560 SOUTH MAGNOLIA AVENUE
ORLANDO, FL 32806

KRISTEN HENKEL
M.E. HENKEL, P.A.
3560 S MAGNOLIA AVENUE
ORLANDO, FL 32806

UNITED STATES TRUSTEE - ORL7/13
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

RODOLFO TERRAZAS, SR
7762 TEAL DRIVE
FORT WORTH, TX 76137

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 470-321-7112
    Facsimile: 561-997-6909

    By: /s/April Harriott
    April Harriott, Esquire
    Florida Bar No. 37547
    Email: aharriott@rasflaw.com